```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

PAUL GOROFF,

                    Plaintiff,
                                              O R D E R
          - against -
                                          20 Civ. 10780 (NRB)
THIEMAN TAILGATES, INC.; MONSTER
REMOTES LLC; FRANK'S TRUCK CENTER,
INC.; and WIEGERS INC.,

                    Defendants.

----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on December 21, 2020, this case was removed from the Supreme Court of New York, Bronx County, to this Court;

**WHEREAS** on March 30, 2021, defendant Thieman Tailgates, Inc. submitted a letter requesting a pre-motion conference regarding its intent to file a motion to change the venue of this action from the Southern District of New York to the Northern District of Ohio or, alternatively, to the District of New Jersey;

**WHEREAS** in reviewing that application, the Court determined that the Southern District of New York was a wholly improper venue for this action; and

**WHEREAS** on April 8, 2021, a teleconference was held at which the Court determined that the case should be transferred

to the United States District Court for District of New Jersey, Newark Division; it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 1404, this case is transferred to the United States District Court for the District of New Jersey, Newark Division; and it is further

**ORDERED** that the Clerk of Court shall transfer the case file to the United States District Court for the District of New Jersey, Newark Division and shall close the case on the docket of this Court.

Dated:   New York, New York
         April 9, 2021

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE