UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL GOROFF,<br><br>Plaintiff,<br><br>v.<br><br>THIEMAN TAILGATES, INC, et al.,<br><br>Defendants. | **Civil Action No. 21-9668-KM-AME**<br><br>**<u>ORDER</u>** |

This matter having come before the Court by way of the parties' joint letter dated January 10, 2022 [D.E. 63]; the Court having held a conference with the parties on January 13, 2022; and for good cause shown,

**IT IS** on this 24th day of January 2022,

**ORDERED** that all inspections of the vehicle in the possession of Defendant Wiegers Inc. shall be completed by March 18, 2022; and it is further

**ORDERED** that all inspections of the liftgate in the possession of Defendant Monster Remotes LLC shall be completed by March 18, 2022; and it is further

**ORDERED** that Defendant Monster Remotes LLC shall preserve the liftgate until further order of the Court; and it is further

**ORDERED** that all remaining depositions of the parties shall be completed on the schedule agreed to by the parties in D.E. 63, but no later than March 18, 2022; and it is further

**ORDERED** that the deadline for the completion of fact discovery is extended to March 11, 2022; and it is further

**ORDERED** that the deadline for service of all affirmative expert reports is extended to

1

March 18, 2022, the deadline for service of responsive expert reports shall remain May 16, 2022, and the deadline for the completion of expert depositions shall remain June 24, 2022; and it is further

**ORDERED** that a telephonic status conference is scheduled for **March 18, 2022** at **2:00 p.m.** on the Court's teleconference line 866-434-5269, access code 1874589#; and it is further

**ORDERED** that on or before March 15, 2022, the parties shall file a joint status letter, not to exceed three double-spaced pages.

      /s/ *André M Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge