UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL GOROFF,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THIEMAN TAILGATES, INC, et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 21-9668-KM-AME<br><br>**AMENDED SCHEDULING ORDER** |

This matter having come before the Court by way of the parties' joint letter dated March 15, 2022 [D.E. 66]; the Court having held a conference with the parties on March 18, 2022; and for good cause shown,

**IT IS** on this 21st day of March 2022,

**ORDERED** as follows:

1. Plaintiff's request to extend the deadline for service of his affirmative expert report to April 8, 2022, is GRANTED.

2. The deadline for all inspections of the liftgate in the possession of Defendant Monster Remotes LLC is extended to April 15, 2022.

3. The deadline for the completion of fact discovery is extended to April 15, 2022. All remaining depositions of fact witnesses shall be be concluded by that date. Any additional request to modify this deadline must be supported by a clear demonstration of good cause based on extraordinary facts.

4. All other deadlines set in D.E. 64 shall remain in place.

5.  A telephonic status conference is scheduled for June 17, 2022, at 10:30 a.m., on the Court's teleconference line, 866-434-5269, with access code 1874589#.

6.  By June 10, 2022, the parties shall file a joint status letter, not to exceed three double-spaced pages.

     /s/ *André M Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge