# Cheriff & Fink, P.C.
## Attorneys At Law

Bruce J. Cheriff
Kenneth S. Fink *
*also admitted in NJ
Bernard Cheriff, Retired

PO Box 985
Mount Kisco, NY 10549-0985
Direct Phone (914) 242-2042 - Fax (347) 708-9911
www.cf-lawyers.com
Please reply to: **MOUNT KISCO OFFICE**

**NYC Office**
By Appointment Only

**Long Island Office**
70 East Sunrise Highway
Valley Stream, NY 11581

October 12, 2022

**Via CM/ECF**
Hon. Andre Espinosa
United States Magistrate Judge
Martin Luther King Jr. Courthouse
50 Walnut Street, Rm 2037, Court Rm 2D
Newark, NJ 07102

Re:  Paul Goroff vs. Thieman Tailgates, Inc., et. al.
Docket #:     2:21-cv-09668-KM-AME
Our File No:  7023

Dear Judge Espinosa:

Our office represents the Plaintiff in the above matter.  We submit this joint letter pursuant to the Court's Text Order issued September 30, 2022 (the "Order") and after consultation and either approval or no objection raised from any counsel in the above action.

I was advised in an email earlier today by Counsel for Thieman that, "We definitely won't be ready for a settlement conference by 10/14".  Accordingly, Defendants would like to request the Court to extend to next month the Settlement Conference to provide them some additional time to "get this lined up to actually settle" this matter.

Mr. Green requested that I draft and circulate this letter and given the Defendants' position and desire for a little more time, Plaintiff joins in their request to set up a settlement conference next month.

Respectfully,

*Bruce J. Cheriff*

Bruce J. Cheriff

cc:  All Counsel of Record (Via Electronic Filing and email)