# Cheriff & Fink, P.C.

## Attorneys At Law

| Bruce J. Cheriff |
| Kenneth S. Fink * |
| *also admitted in NJ |
| Bernard Cheriff, Retired |

PO Box 985
Mount Kisco, NY 10549-0985
Direct Phone (914) 242-2042 - Fax (347) 708-9911
www.cf-lawyers.com
Please reply to: **MOUNT KISCO OFFICE**

**NYC Office**
By Appointment Only

**Long Island Office**
70 East Sunrise Highway
Valley Stream, NY 11581

February 17, 2023

**Via CM/ECF**
Hon. Andre Espinosa
United States Magistrate Judge
Martin Luther King Jr. Courthouse
50 Walnut Street, Rm 2037, Court Rm 2D
Newark, NJ 07102

   Re: Paul Goroff vs. Thieman Tailgates, Inc., et. al.
     Docket #: 2:21-cv-09668-KM-AME
     Our File No: 7023

Dear Judge Espinosa:

  Our office represents the Plaintiff in the above matter. Almost all of the settlement checks have been received in the above matter. However, there are still two checks that have not been received.

  Moreover, while Plaintiff has consent to settle his Workers' Compensation claim that is tied to his settlement in the above action, the terms of that consent have not been finalized between the Plaintiff and the Workers' Compensation Carrier.

  Accordingly, Plaintiff requests that the dismissal of this action be delayed for another thirty (30) days to allow for the above issue to be resolved without the need for Court intervention.

            Respectfully,

            *Bruce J. Cheriff*

            Bruce J. Cheriff

cc: All Counsel of Record (Via Electronic Filing and email)